**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SYLVIA COTA,**<br>**Plaintiff,**<br><br>     **v.**<br><br>**BAYER CORPORATION, et al.,**<br>  **Defendants.** | **CIVIL ACTION NO. 02-5073** |

**O R D E R**

     **AND NOW,** this 26th day of July, 2002,  the court having been previously advised

that the above action cannot proceed to trial and disposition because of the following reason:

[ ]    -    Order staying these proceedings pending disposition of a related action.

[ ]    -    Order staying these proceedings pending determination of arbitration
proceedings.

[ ]    -    Interlocutory appeal filed _____

[X]    -    Other: Cases are placed into suspense pending receipt of the Case Transfer
Order from the Judicial Panel on Multi District Litigation transferring
cases to District of Minnesota.                              

it is

     **ORDERED** that the Clerk of Court shall mark this action closed for statistical purposes

and place the matter in the Civil Suspense File, and it is

     **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be

restored to the trial docket when the action is in a status so that it may proceed to final

disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**


_____

**MARVIN KATZ, S.J.**